IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GRAND PROPERTIES, INC., and
T.M. SUNDARAM,**

        **Plaintiff,**

v.                                                                    CIV. No. 97-1467 JP/RLP

**LEONARD R. SMITH, CHRISTOPHER H.
KILCULLEN, HOSPITALITY FRANCHISE
SYSTEMS, INC., a Foreign Corporation, and
RAMADA FRANCHISE SYSTEMS, INC.,
a Foreign Corporation,**

        **Defendants.**

## MEMORANDUM OPINION AND ORDER

On July 31, 1998 Plaintiff T.M. Sundaram filed his Motion for Summary Judgment (Doc. No. 23) on Defendants' counterclaim. After a careful review of the motion, the briefs, and the law, I have concluded that there is a genuine issue of material fact and that the motion should be denied.

IT IS THEREFORE ORDERED that Plaintiff T.M. Sundaram's Motion for Summary Judgment (Doc. No. 23) is DENIED.

_____
UNITED STATES DISTRICT JUDGE